ALSD Local 91 (Rev. 7/13) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>Erik Lafonte WALLER<br><br>*Defendant(s)* | Case No. MJ 15-115-B<br>15-MC-1006 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 20, 2015** in the county of **HALE** in the **Southern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 846 | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE |
| 21 U.S.C. 841 (a)(1) | POSSESSION WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

JAMES G. OVERSTREET/ SPECIAL AGENT
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: Nov. 6, 2015

*Judge's signature*

City and state: Mobile, Alabama

SONJA F. BIVINS/U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT

I am James Grady Overstreet, Jr, a Special Agent with the Drug Enforcement Administration. I am currently assigned to the Drug Enforcement Administration Mobile Resident Office and have worked primarily on complex drug investigations for over 10 years.

On October 20, 2015, at approximately 7:30 pm, Hale County Deputy Willie Bryant was conducting patrol duties on Alabama Highway 25 south, between County Road 16 and County Road 10. A short time later, Deputy Bryant observed a beige Chevrolet Malibu bearing Alabama tag (2AV2978) traveling south bound on Alabama Highway 25. Deputy Bryant utilizing a radar device clocked the vehicle on radar traveling approximately 88 miles per hour in a 55 mile per hour zone. Deputy Bryant activated his emergency equipment (lights & siren) and attempted to conduct a traffic stop. The driver (later identified as Erik Lafonte WALLER) failed to yield at the time the emergency equipment was activated but approximately (3) miles later WALLER pulled to the shoulder and yielded on Alabama Highway 25 south bound. Records check of license tag number (2AV2978) revealed the registered owner as, Enterprise Holdings Incorporated. Deputy Bryant approached the vehicle and asked the driver and (2) passengers sitting in the back seat for identification. The driver was identified as Erik Lafonte WALLER, one of the passengers was identified as Adrian Jerome JOHNSON and the other passenger was identified as Elizabeth WEAVER. Records check revealed that WALLER'S license was suspended and JOHNSON had active warrants in Mobile County Alabama. Deputy Bryant then asked the driver (WALLER) if there were any weapons or illegal narcotics in the vehicle. WALLER stated that "you can look but if there is anything in the car it does not belong to me". A short time later, Elizabeth WEAVER, stated that "there is a large amount of drugs in the trunk". At that moment,

1

Deputy Bryant requested backup and a short time later, Hale County Detective Timothy Dillard arrived on scene. Deputy Bryant relayed the above mentioned facts to Det. Dillard and advised that the driver (WALLER) gave consent to search the vehicle and the passenger (WEAVER) stated there were drugs in the trunk. During the consent search, Det. Dillard recovered a black Alabama backpack from the trunk of the vehicle. A search of the backpack revealed a plastic Tupperware container containing a plastic bag with approximately 293 grams of a crystal like substance that field tested positive for the properties of Methamphetamine, a digital scale, (2) dosage units of presumed XANEX pills and an Enterprise Rental receipt to Adrian JOHNSON for the vehicle.

At this time, Deputy Bryant read all subjects their Miranda warnings and they all agreed to speak to law enforcement. During post Miranda statements, the passenger (JOHNSON) said that "the drugs belonged to both him and the driver (WALLER) and they both had a hand on it". Deputy Bryant issued (WALLER) a traffic citation for speeding.

Based on this information I have probable cause to believe that WALLER and JOHNSON did knowingly, and intentionally and unlawfully combine, conspire, confederate and agree with others to possess with intent to distribute a controlled substance, which offense involved a quantity of 50 grams or more of Methamphetamine, a Scheduled II Controlled Substance, as well as possessed with the intent to distribute Methamphetamine, contrary to Title 21, United States Code, Sections 846 and 841(a)(1).

James G. Overstreet
Special Agent, DEA

Sworn and subscribed before me this 6th day of November 2015

Sonja F. Bivens
United States Magistrate Judge

2